UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 98-663-CR-GOLD

        Plaintiff,

VS.

GERARDO E. VANEGAS-VERA,

        Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT, SUPPLEMENTAL REPORT AND RECOMMENDATIONS

This matter is before the Court pursuant to the motions identified herein: (1) Defendant's Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure 60(b) and 60(d) or under Writ of *Audita Querela* [DE 338], (2) Defendant's Motion to Compel and/or Motion to Supplement [DE 360], and (3) Defendant's Motion for Reconsideration Pursuant to Rule 59(e) [DE 368]. A review of the docket sheet in this cause reveals the motions identified herein were referred to Magistrate Judge McAliley (see Court Orders DE 353, 362, and 369) pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida.

On November 22, 2010, Magistrate Judge McAliley issued a Report and Recommendation [DE 367] that the Defendant's Motion for Relief from Judgment be dismissed without prejudice and Motion to Compel be denied. A Supplemental Report and Recommendation [DE 370] was issued on February 3, 2011, that the Defendant's Motion for Reconsideration be denied. Pursuant to Magistrate Rule 4(a), the parties may file written objections to the Reports and Recommendations within fourteen days. A review of the docket sheet in this cause reveals that no objections have been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1) Magistrate Judge McAliley's Reports and Recommendations [**DE 367** and **370**] are hereby affirmed and adopted by the undersigned.

2) Defendant's Motion for Relief from Judgment [**DE 338**] is dismissed without prejudice allowing Defendant Vanegas-Vera to seek permission from the 11th Judicial Circuit to file a successive 2255 petition.

3) Defendant's Motion to Compel and/or Motion to Supplement [**DE 360**] is denied.

4) Defendant's Motion for Reconsideration Pursuant to Rule 59(e) [**DE 368**] is denied.

U.S.A. VS. GERARDO E. VANEGAS-VERA, CASE NO. 98-663-CR-GOLD

**DONE AND ORDERED** at Miami, Florida, this _____ day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    Magistrate Judge Chris M. McAliley

AUSA Frank Tamen

Gerardo E. Vanegas-Vera
Reg. No. 58655-004
FCI Fort Dix - West
P O Box 2000, Unit 5802
Fort Dix, NJ 08640